IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
AUG - 3 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO.  __2:05CR181-T__ |
| ) | [18 USC 1028(a)(6); |
| ERICK LUNA-GONZALEZ  ) |  18 USC 1546(a); |
| ) |  42 USC 408(a)(7)(b); |
| ) |  8 USC 1325(a)] |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about April 5, 2005, in the Middle District of Alabama,

ERICK LUNA-GONZALEZ,

defendant herein, did knowingly possess an identification document that appeared to be an identification document of the United States, which was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

## COUNT 2

On or about April 5, 2005, in the Middle District of Alabama,

ERICK LUNA-GONZALEZ,

defendant herein, did knowingly possess, utter, use, and attempt to use an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 3

On or about April 5, 2005, in the Middle District of Alabama, ERICK LUNA-GONZALEZ, defendant herein, did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to him by the Secretary when in fact such is not the Social Security account number assigned to him by the Secretary, in violation of Title 42, United States Code, Section 408(a)(7)(b).

## COUNT 4

On or about June 30, 2005, in the Middle District of Alabama, ERICK LUNA-GONZALEZ, defendant herein, did knowingly enter the United States at a time and place other than as designated by immigration officers in violation of Title 8, United States Code, Section 1325(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney

2