# COURTROOM DEPUTY'S MINUTES
## MIDDLE DISTRICT OF ALABAMA

☑ **INITIAL APPEARANCE**
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 8/9/05

DIGITAL Recording : 2:14 - 2:29

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON   DEPUTY CLERK: Wanda Robinson
CASE NO. 2:05cr181-T   DEFENDANT NAME: Erick Luna-Gonzalez
AUSA: Andrew Schiff   DEFT. ATTY: Leslie Smith
Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: Ron Thweatt   USPO: _____

Defendant ( ✓ ) does; ( ) does NOT need an interpreter
Interpreter present ( ) NO; ( ✓ ) YES   Name: Beverly Childress

---

- ✓ Date of Arrest 8/8/05 or ☐ Arrest Rule 40
- ☐ Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ☐ Deft First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel
- ✓ Financial Affidavit executed ✓ *ORAL MOTION FOR APPT OF COUNSEL*
- ✓ ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed
- ☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed
- ☐ Detention Hearing ☐ held; ☐ set for
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
- ☐ ORDER OF DETENTION HEARING PENDING TRIAL to be entered
- ☐ Release order entered. Deft advised of conditions of release
- ☐ BOND EXECUTED (M/D AL charges) $.
- ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
- ☐ Bond not executed. Defendant to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
- ✓ ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ✓Set for 8/17/05
  DISCOVERY DISCLOSURE DATE:
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ WAIVER of Speedy Trial. CRIMINAL TERM: 10/12/05

Pretrial: 9/19/05