IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr181-T |
| | ) | |
| ERICK LUNA-GONZALEZ | ) | |

## **ORDER**

Defendant, ERICK LUNA-GONZALEZ, has not been arraigned on the pending indictment. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for 17 August 2005 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce for the defendant for the arraignment.

DONE this 15th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE