| COURTROOM DEPUTY'S MINUTES | DATE: 8/17/05 | |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: | *10:23 - 10:24* |
| | COURT REPORTER: | RISA ENTREKIN |

**x** ARRAIGNMENT  ☐ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson  DEPUTY CLERK: Wanda A. Robinson
CASE NUMBER: 2:05cr181-T  DEFENDANT NAME: Erick Luna-Gonzalez
AUSA: Tommie Hardwick  DEFENDANT ATTORNEY: Donnie Wayne Bethel
PTSO:  Type counsel ( )Waived; ( )Retained; ( )CJA; ( x )FPD
( ) appointed at arraignment; ( ) standing in for: _____
USPO:
Defendant ( x )does; ( )does NOT need an interpreter
Interpreter present? ( )NO; ( x )YES   Name: Beverly Childress
DISCOVERY DISCLOSURE DATE: August 18, 2005

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**  ☑ Not Guilty  ☐ Nol Contendere
☐ Not Guilty by reason of insanity
☐ Guilty as to:
   ☐ Count(s):
   ☐ Count(s):  ☐ dismissed on oral motion of USA
   ☐ to be dismissed at sentencing
☐ Written plea agreement filed  ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions
☑ __October 12, 2005__ Trial date or term
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Posting a $_____ bond;
   x Trial on 10/12/05; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
   ☐ Defendant requests time to secure new counsel
☐ WAIVER of Speedy Trial. CRIMINAL TERM: 10/12/05
        PRETRIAL: 9/28/05 @ 9:00 a.m.