IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr181-T |
| | ) | |
| ERICK LUNA-GONZALEZ | ) | |

## ORDER

For good cause, it is

ORDERED that the Government's Motion for Detention Hearing, filed on 9 September 2005 (Doc #7), is hereby denied as moot.

DONE this 19th day of September.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE