COURTROOM DEPUTY'S MINUTES                    DATE: 9/28/05

MIDDLE DISTRICT OF ALABAMA                    Digital Recording: 9:32 - 9:33

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr181-T                         **DEFENDANT(S):** Erick Luna-Gonzalez

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan R. Redmond | | Kevin L. Butler |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**
Verbal Motion to set Change of Plea for 10/3/05 Consent Docket
Verbal Order granting Motion; Plea will be set on 10/3/05 Docket

☐ **PLEA STATUS:**
Likely Plea

☐ **TRIAL STATUS**

☐ **REMARKS:**
Plea Agreement will be forwarded today
Attorney Butler securing an Interpreter for the purpose of a final review of the Plea Agreement