IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr181-T |
| | ) | |
| ERICK LUNA-GONZALEZ | ) | |

## **ORDER**

The defendant, ERICK LUNA-GONZALEZ, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, ERICK LUNA-GONZALEZ, appear with counsel before the undersigned Magistrate Judge on 03 October 2005 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter and an Interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 28th day of September 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE