| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/03/05 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 9:34 a.m. - 9:55 a.m. |
| | **COURT REPORTER:** Mitchell Reisner |

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr181-T   **DEFENDANT NAME:** Erick Luna-Gonzalez
**AUSA:** Susan R. Redmond   **DEFENDANT ATTORNEY:** Kevin Butler
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
**PTSO/USPO:**
Interpreter present? ( )NO; (√)YES   Name: Beverly Childress
**DISCOVERY DISCLOSURE DATE:**

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
❏ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere
❏ Not Guilty by reason of insanity
√ Guilty as to:
   √ Count(s): 1, 2
   ❏ Count(s): _____   ❏ dismissed on oral motion of USA
   ❏ to be dismissed at sentencing
√ Written plea agreement filed   ❏ ORDERED SEALED
❏ _____ Days to file pretrial motions   ❏ _____ Trial date or term
√ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY** as to Counts
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Posting a $_____ bond;
   ❏ Trial on _____; or √ Sentencing to be set by separate Order of the Court
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
   ❏ Defendant requests time to secure new counsel
❏ **WAIVER** of Speedy Trial.   CRIMINAL TERM: