# **MINUTES**

```
        IN THE UNITED STATES DISTRICT COURT FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

HON.   MYRON H. THOMPSON,   JUDGE              AT   MONTGOMERY,   ALABAMA

DATE COMMENCED  DECEMBER 19, 2005             AT          11:10      A.M./P.M.

DATE COMPLETED  DECEMBER 19, 2005             AT          11:16      A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | Cr No. 2:05cr181-T |
| | ) | |
| ERICK LUNA-GONZALEZ | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty Kevin Butler |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Sheila Carnes, | Kevin Kish, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

Beverly Childress, Interpreter

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

11:10 a.m.    Sentencing hearing commenced.
              The interpreter has been sworn.  Terms of plea agreement
              were stated on the record; no objections to plea agreement
              from PO; Court **accepts plea agreement**.  Parties have no
              objections to PSR; sentence imposed.  Government's **ORAL
              MOTION** to dismiss counts three and four of the indictment;
              **ORAL ORDER** granting motion to dismiss.
11:16 a.m.    Hearing concluded.